# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Romualda Thomas

                               Plaintiff,

v.                                                                 Case No.: 1:18−cv−03359
                                                                        Honorable Andrea R. Wood

United States of America, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 19, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Defendants' Agreed Motion for extension of time [26] is granted. The briefing schedule on Plaintiff's motion for preliminary injunction [25] is stricken until further order of Court. Defendants deadline to answer or otherwise plead to Plaintiff's complaint is extended to 12/7/2018. The motion presentment date of 10/23/2018 is stricken; parties need not appear. Status hearing set for 11/20/2018 is stricken and reset for 12/6/2018 at 09:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.